# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY ELAINE PRICHARD, | ) |
| | )    Case No.:   2:12-cv-00741-GMN-NJK |
| Plaintiff, | ) |
| vs. | )    **ORDER ACCEPTING REPORT &** |
| | )    **RECOMMENDATION OF MAGISTRATE** |
| MICHAEL J. ASTRUE, | )        **JUDGE NANCY J. KOPPE** |
| | ) |
| Defendant. | ) |
| | ) |

Before the Court for consideration is the Report and Recommendation (ECF No. 7) of the

Honorable Nancy J. Koppe, United States Magistrate Judge, entered May 14, 2013.  No

objections have been filed.  The Court has conducted a *de novo* review of the record in this case

in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate

Judge Koppe's Recommendation should be, and the same is hereby **ACCEPTED**.

     **IT IS THEREFORE ORDERED** that Plaintiff's Application to Proceed *In Forma*

*Pauperis* is hereby **DENIED**.

     **IT IS FURTHER ORDERED** that this action is **DISMISSED, without prejudice**.  The

Clerk of the Court shall enter judgment accordingly.

     **DATED** this 4th day of June, 2013.

_____

Gloria M. Navarro
United States District Judge